UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FILED IN OPEN COURT

1·26·22

CLERK, U. S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

UNITED STATES OF AMERICA

v.

Case No. 3:22-cr-7-MMH-PDB
21 U.S.C. § 841(a)(1) and (b)(1)(C)

JAMES LAMAR WHITAKER
  a/k/a Fluff
  a/k/a Fluffy

## INDICTMENT

The Grand Jury charges:

## COUNT ONE

On or about March 24, 2021, in Hamilton County, in the Middle District of Florida, the defendant,

> JAMES LAMAR WHITAKER,
>   a/k/a Fluff,
>   a/k/a Fluffy,

did knowingly and intentionally distribute a controlled substance, which violation involved a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C).

## COUNT TWO

On or about April 15, 2021, in Hamilton County, in the Middle District of Florida, the defendant,

>     JAMES LAMAR WHITAKER,
>       a/k/a Fluff,
>       a/k/a Fluffy,

did knowingly and intentionally distribute a controlled substance, which violation involved a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C).

## COUNT THREE

On or about April 19, 2021, in Hamilton County, in the Middle District of Florida, the defendant,

>     JAMES LAMAR WHITAKER,
>       a/k/a Fluff,
>       a/k/a Fluffy,

did knowingly and intentionally distribute a controlled substance, which violation involved a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C).

## COUNT FOUR

On or about April 21, 2021, in Hamilton County, in the Middle District of Florida, the defendant,

> JAMES LAMAR WHITAKER,
>   a/k/a Fluff,
>   a/k/a Fluffy,

did knowingly and intentionally distribute a controlled substance, which violation involved a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C).

## COUNT FIVE

On or about May 28, 2021, in Hamilton County, in the Middle District of Florida, the defendant,

> JAMES LAMAR WHITAKER,
>   a/k/a Fluff,
>   a/k/a Fluffy,

did knowingly and intentionally distribute a controlled substance, which violation involved a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C).

## FORFEITURE

1. The allegations contained in Counts One through Five are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 21 U.S.C. § 853.

2. Upon conviction of a violation of 21 U.S.C. § 841(a)(1), the defendant shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a)(1) and (2), any property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as a result of such violation, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

3. If any of the property described above, as a result of any acts or omissions of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property, which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

A TRUE BILL,

███████████████████████

ROGER B. HANDBERG
United States Attorney

By:  _____
ARNOLD B. CORSMEIER
Assistant United States Attorney

By:  _____
KELLY S. KARASE
Assistant United States Attorney
Deputy Chief, Jacksonville Division

FORM OBD-34
APR 1991                                  No.

UNITED STATES DISTRICT COURT
Middle District of Florida
Jacksonville Division

THE UNITED STATES OF AMERICA

vs.

JAMES LAMAR WHITAKER

INDICTMENT

Violations:

21 U.S.C. § 841(a)(1) and (b)(1)(C)

A true bill,

███████████████████████████

Filed in open court this _26th_ day

of January, 2022.

_____
Clerk

Bail   $_____

GPO 863 525